# Order

Michigan Supreme Court
Lansing, Michigan

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

141951

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

SC: 141951
COA: 299317
Washtenaw CC: 05-001539-FC

TYREE DYSHAWN BROOKS,
  Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 22, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

Clerk

h0620